IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LENORE BOISSIERE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-1144 (LMB/MSN) |
| ) | |
| RICHARD V. SPENCER, Secretary of the Navy, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is plaintiff's Motion to Continue Hearing [Dkt. No. 20], which seeks to continue the hearing on defendant's Motion to Dismiss in Part [Dkt. No. 7] from Friday, April 27, 2018 until Friday, May 18, 2018. The Motion to Dismiss in Part has been fully briefed, and the Court, having reviewed the briefs, finds that oral argument would not aid the decisional process. Therefore, the Court will resolve defendant's Motion to Dismiss in Part on the papers. Accordingly, plaintiff's Motion to Continue [Dkt. No. 20] is GRANTED IN PART AND DENIED IN PART, and it is hereby

ORDERED that the hearing currently scheduled for Friday, April 27, 2018 be and is CANCELED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 25 day of April, 2018.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge